# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN PAUL FELTS,<br><br>        Plaintiff,<br><br>v.<br><br>BONNIE LYNN MYERS, HSI Special Agent; UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF CALIFORNIA; DOES 1 THROUGH 10, in their Individual Capacities,<br><br>        Defendants. | Case No.: 15-cv-1272-AJB-NLS<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION, (Doc. No. 39);**<br><br>**(2) DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS, (Doc. No. 31); AND**<br><br>**(3) GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS (Doc. No. 36)** |

   Presently before the Court is Defendant Bonnie Lynn Myers's ("Defendant") motion to dismiss Plaintiff Norman Felts's ("Plaintiff") complaint, (Doc. No. 31), and Plaintiff's motion to put the case in abeyance or alternatively grant an extension of time, (Doc. No. 36). The Court referred the matters to Magistrate Judge Nita L. Stormes, who issued a report and recommendation ("R&R") recommending the Court deny Defendant's motion to dismiss without prejudice and grant Plaintiff's motion to stay. (Doc. No. 39.)

   Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district

judge's duties in connection with a magistrate judge's report and recommendation. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also United States v. Remsing*, 874 F.2d 614, 617–18 (9th Cir. 1989). However, in the absence of timely objections, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party timely filed objections to Magistrate Judge Stormes's R&R. Having reviewed the R&R, the Court finds Magistrate Judge Stormes's R&R is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby (1) **ADOPTS** Magistrate Judge Stormes's R&R, (Doc. No. 39), (2) **DENIES WITHOUT PREJUDICE** Defendant's motion to dismiss, (Doc. No. 31), and (3) **GRANTS** Plaintiff's motion to stay proceedings until his pending criminal case has been resolved, (Doc. No. 36). Defendant is **ORDERED** to file a status report with the Court ***within fourteen days*** of the conclusion of the criminal case proceedings.

**IT IS SO ORDERED.**

Dated: January 11, 2017

Hon. Anthony J. Battaglia
United States District Judge